**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 98-11169**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**PAULA CARDOSI,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(4:98-CR-93-1-Y)**
_____

**June 15, 1999**

Before POLITZ, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Moving for leave to withdraw, the Federal Public Defender appointed to represent Paula Cardosi has filed the requisite brief pursuant to **_Anders v. California_**, 386 U.S. 738 (1967). A letter explaining Cardosi's right to respond, with a copy of the motion and the brief, were sent to Cardosi; but she has not filed a response. Our independent review of the brief and record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is **GRANTED**; the appeal is **DISMISSED**.

_MOTION GRANTED; APPEAL DISMISSED_

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.